Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KULDIP KAUR, et al.,<br><br>　　　　Defendants. | No.  1:13-cv-00263-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendant Kuldip Kaur, individually and dba Tony's 1 Stop Shop/Tony's Gas and Food, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 28, 2013　　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Natividad Gutierrez

*Gutierrez v. Kaur, et al.*
Stipulation for Dismissal of Action; Order
Page 1

| | |
|---|---|
| Date: June 28, 2013 | */s/ Bruce A. Neilson* _____<br>Bruce A. Neilson<br>Attorneys for Defendant,<br>Kuldip Kaur, individually and dba<br>Tony's 1 Stop Shop/Tony's Gas and Food |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **June 28, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

*Gutierrez v. Kaur, et al.*
Stipulation for Dismissal of Action; Order
Page 2