Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:13-cv-00263-LJO-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| KULDIP KAUR, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendant Kuldip Kaur, individually and dba Tony's 1 Stop Shop/Tony's Gas and Food, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: June 28, 2013                                    MOORE LAW FIRM, P.C.

                                                       */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Attorneys for Plaintiff,
                                                       Natividad Gutierrez

*Gutierrez v. Kaur, et al.*
Stipulation for Dismissal of Action; Order

Page 1

| | |
|---|---|
| Date: June 28, 2013 | */s/ Bruce A. Neilson* <br> Bruce A. Neilson <br> Attorneys for Defendant, <br> Kuldip Kaur, individually and dba <br> Tony's 1 Stop Shop/Tony's Gas and Food |

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **June 28, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE

*Gutierrez v. Kaur, et al.*
Stipulation for Dismissal of Action; Order

Page 2